[Nos. 28060-1-I; 28115-1-I. Division One. April 26, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. KIERSTIN
DALTON-STEWART, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. KIERSTIN
R. DALTON, ET AL, *Appellants*.

Appeals from judgments of the Superior Court for King
County, Nos. 90-1-03428-0, 90-1-03429-8, R. Joseph Wesley,

J., entered March 11, 1991. *Affirmed* by unpublished opinion per Baker, J., concurred in by Grosse and Kennedy, JJ.